United States Northern District

E-filing

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

SI
530
4-4-08

To: Honorable Susan Illston
1  450 Golden Gate Ave
2  San Francisco Ca. 94102
3
4  THE writ of Habias coppus
5  George Nimer Martha     28-USC-2241
6    v.                    Ma v. Reno (2000) 9th circit
7  Immigration Serice      RE: # A17291939
8                          CV 08  1982  SI

9  Come's Now Respondent George Nimer Martha before the Honorable Judge
10 Susan Illston, In this challenge we have here today is a special
11 case as (ICE) keep telling Respondent. #1 Illegal detention. we have
12 an Israelic citizen being held once Again. #2 Although crime is
13 Inexuseable in the United States of America so is Illegal detention
14 and Abuse must end. Meaning Abuse of power, or detention. **(PR)**
15 Ma. v Reno 2000 9th circut Court. Sought Relief after all those
16 years. No crime was wrose then the crime Ma committed. #3 In 1998
17 (INS) picked Respondent up on a Federal warrant for deportation. After
18 many years of battle. a few Ineffective Attorney's. Then by chance
19 Two fine Attorney's came to Respondants Rescue. They Sought Relief
20 under St Cyr V. (INS) 2001. The Attorneys Rebecca J. Hooley and Sajel
21 Msytery. Last Known Address THREE EMBarcadero center 25th Floor
22 San Francisco California 94111 at Bingham McChen LLP. Phone # 415-393
23 2000. I called this firm and wrote many letters and get turned down each time.
24 This firm is Obstructing Justice by not giving me forwarding Address or Phone
25 Numbers to the Attorneys who won this case. #4 During the time under this new
26 committment I spoke with Mrs Hooley and she told me if (INS) pick
27 me up to call her. Well last year (ICE) Recalled my warrant and I
28 Paroled on my date. This must be due process. The Real Reason the warrant
29 was Recalled is because Respondent George Nimer Martha Saved the
30 life of Correction Officer Mrs Crocker at mule creek State Prison.
31 and walked out that very prison on the very date the sentence expired.

28 USC - 2241

1. #5 Ma v Reno (2000) committed a drive by shooting and killed a poor person
2. Ma was a Cambodian citizen. He served 38 months in state prison
3. All the facts are in the case. Point is under California Law Ma would
4. have did life in prison no matter what or how you look at it. Now
5. here we have the Goverment Ready to try a case under Aggravated
6. Felony because of a Aggravated sentence because of California Strike
7. Law. Double Strike under 667.5 10851.VC is not a strike nor is
8. 2800.2. Both two which are tickets. None are violent and no one was
9. hurt but Respondent. #6 Respondent was Issued an Inffective counslor in
10. San Mateo County Court. Appeals ended before Susan Illston the Judge.
11. Falure to Exhaust State Remideys. Although Mrs Linda Bramy was
12. Ineffective the case ended. Honorable Susan Illston gave petition a
13. chance to go back to California State Suprean court to Exhaust
14. ~~the Reason~~ the Reason petition choose not to was the (Ice)
15. hold. That and the AG office kept filing extention after extention
16. Knowing a prisoner would give up His or Her Right because an up
17. coming parole date was Ready to Appear. #7 Violating due process with
18. Trial Attorney was a claim unbeatable. Petition believed a consitutional
19. Error could have overturned this Aggrovated sentence to single Strike. -
20. which would have made the sentence 3 years in stead of 6 years
21. 4 month. The Attorney Failed to object to very Important parts in sentencing.
22. Petitioner tried to Fire her but she kept puting $20.00 on Petitioners Books
23. to buy Snicker Bars Knowing Petitioner was mentally Ill and loved those
24. Snicker Bars. #8 Important notes. 1998 Petitioner now Respondent was a Goverment
25. witness. used by the F.B.I / INS / Ice to help convict a mad man that
26. Made death threats to our U.S Congresswoman of San Francisco. I Respondent
27. was called a Hero and told a lie that I would not suffer (INS) Again No
28. Matter what well here I am in detention with a Special case thats all
29. they Keep telling me. Respondent believes that the Recall of the warrant
30. last year is due process. Respondent was picked up on a Bogus parole violation
31. that was dismissed. Held 60 days on Falure to Follow orders by a parole
32. Agent who does not like Arabic people. Agent Bingly Just got out of Iraq
33. War

I declare under the penalty of purjury that the Forgoing is
true and correct.

GM.

28-USC-2241 Ma v. Reno For O.R Relief.

MAY-12-2008 Deportation proceeds.
New Hearing.

18-USC-3006
Motion for Bond or O.R.

#1 Your Honor 1998 I put a mad man Away that Made threats to our US congresswoman Now the Housespeaker.

#2 Your Honor 2001 I saved the life of the District Attorney present in Dept #12 850 Bryant St. San Francisco Ca 94102 Before Honorable Donna Little.

#3 Your Honor 2002 I helpped convict a man who shot an E.P.A police officer. RE: Deputy Lopez Sargent Chung Redwood city.

#4 Your Honor 2003 I saved the life of correction officer MRS Crocker. at Mule creek State Prison

I Entered the U.S.A 10-26-1967 New York city. 40 years Ago. I am a citizen of Israel but a Palishian Catholic not muslum. My son Anthony Nimer Martha is San Francisco Native. My mom and Dad are both Americans Phone # 925-349-9562. call my mom last year Along I gave her over $10.000.00 dollars I'm a good son. IN mule creek State Prison I became a certified welder with American Welding Society. Registered with (NCCR) My case in 2001 was for deportation to Jordan. (INS) got a letter From the Kingdom of Jordan I Am not from Jordan. Israel told the Government No More Rock throughers. und Honorable M. Yamaguchi declared me A MAN with out a country. before Rebecca J. Hooley. And A promise by Congress Never to have (INS) pick me up. I deserve O.R I have no money. If you issue O.R or no more then $1500.00 I could do it. but (INS)(ICE)(Congress)(FBI) told me No more INS problems so O.R should be my gift.

I declare under penelty of purjury that the forgoing is true and correct.

```
                    IMMIGRATION COURT
                    1705 E. HANNA RD.
                     ELOY, AZ  85231
```



RECEIVED

APR 1 6 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

MARTHA, GEORGE NIMER
ICE, 1705 EAST HANNA ROAD
ELOY, AZ  85231

FILE: A17-796-939

RE:   MARTHA, GEORGE NIMER

NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS

PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN
SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE
IMMIGRATION COURT ON Apr 4, 2008 AT 10:00 A.M. AT THE FOLLOWING ADDRESS:

```
                1705 EAST HANNA RD., SUITE 366
                     ELOY, AZ  85231
```

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY
AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS
BEFORE AN IMMIGRATION COURT.  IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY
OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

---

CERTIFICATION OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN   [X] ALIEN c/o Custodial Officer   [ ] ALIEN's ATT/REP   [X] DHS
DATE: _4/1/08_         BY:  COURT STAFF _____
     Attachments:   [ ] EOIR-33   [ ] EOIR-28   [ ] Legal Services List   [ ] Other

---

U7

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ELOY, AZ

MARTHA, GEORGE NIMER
ICE, 1705 EAST HANNA ROAD
ELOY, AZ  85231

RE: MARTHA, GEORGE NIMER
INMATE NO:

NOTICE OF HEARING IN REMOVAL PROCEEDINGS

DATE OF NOTICE: Apr 1, 2008
FILE: A17-796-939

You are hereby notified that a hearing in this case is scheduled/rescheduled before an Immigration Court on May 12, 2008 at 08:30 A.M. at

       1705 EAST HANNA RD., SUITE 366
       ELOY, AZ  85231.

You may be represented in this proceeding at no expense to the Government by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court.  If you wish to be represented, your attorney or representative should appear with you at the scheduled hearing.

Except as otherwise ordered by an Immigration Judge, any motions (including motions for continuances and motions to withdraw as counsel), applications, or other correspondence concerning this case should be filed with the Immigration Court at:     1705 E. HANNA RD.
                ELOY, AZ  85231

at least 10 days prior to the scheduled hearing.  Evidence of payment of appropriate filing fees must be included.

ANYONE EXPECTING TO ENTER THE FACILITY IN ORDER TO APPEAR AT THE IMMIGRATION HEARING IS SUBJECT TO CORRECTIONS DEPARTMENT POLICIES AND PROCEDURES REGARDING ENTRY.  CONTACT THE SECURITY OFFICE AT THIS PRISON IN ADVANCE OF THE DAY OF THE HEARING FOR FURTHER SPECIFIC INFORMATION ABOUT ENTRY GUIDLINES.

For information regarding the status of your case, call toll free 1-800-898-7180 OR 703-305-1662.

---
CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:   MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN   [✓] ALIEN c/o Custodial Officer   [ ] ALIEN's ATT/REP   [✓] DHS
DATE: 4-1-6    BY: COURT STAFF _____
    Attachments:   [ ] EOIR-33   [ ] EOIR- 28   [ ] Legal Services List   [ ] Other
                                                                                3Y

George Nimer Martha A# 177 96939
705 East Hanna Road T-69137
Eloy, AZ 85231

Legal Mail

United States District Court
In for the Northern District.
450 Golden Gate Ave
San Francisco Ca. 94102

Honorable Judge
Attn. Susan Illston