FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. George Nimer Martha
2.        V.
3. Immigration service     E-filing          Motion For Appiontment
4.                                           of counsle                SI
5.                                           or Reappiontment of
6.                                           counslors mentioned in
7.                        CV 08  this writ  1982  (PR)
8.

9. Your Honor since I keep getting a Run Around by the (IC) and (ICE)
10. telling me this is a Special case. well only Rebecca J. Hooley
11. and Sajel Msyteky can help Sort out the Special problem.
12. I am not a Lawyer I am an Iorn worker. If you well
13. Please call these lawyers I'm in need. Please let it be so
14. ordered. MRS Hooley told me her self if (ICE) picks me
15. up to contact her. I am with out service to find her
16. from Inside a prision cell. May-12-08 I need MRS Hooley
17. on the Phone in my court hearing. The (ICJ) today
18. told me I need someone to sort out the problem
19. I'm with out money. And MRS Hooley told me she would
20. help me. Last know #(415) 393-2000
21.
22.
23.
24.
25.
26.
27.
28. I declare under penalty of purjury That the Forgoing
    is true and correct.