MAY-12-08
First Ice Hearing
Eloy. AZ. 85231

Honorable Susan Illston

United States District Court Northern District

George Nimer Martha
v.
Ice detention,

RE: A12296939

RECEIVED
APR 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 23 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

08-1982 SI (PR)

Illegal Detention case  Ma v. Reno 2000 9th circuit

comes now before this Honorable court.

Last few weeks I sent a 28-USC-2241 writ to you hand written.

#1  I did not add the most important part a denial to enter Jordan. Also (A) File is lost but you could order it faster from Bingham Law Firm (415) 393-2000 they are officers of the court. Three Embarcadero Center San Francisco Ca 94111

#2  Your Honor my Detainer says citizen of Israel. you must have Jewish Friends ask them yourself will Israel Accept a Palistinian into Israel.
I called the Counsle office 3 weeks ago, I told the Kind lady I was a Palistinian Catholic Borned on the west Bank and my detainer said citizen of Israel she kindly hung up the Phone After she told me you not a citizen of my country.

#3  Therefore it is Illegal detention, #1 Because 1085i VC (A) is not deportable. #2 Illegal detainer. #3 Already Predecided by (IJ) Yumaguchi man without a country. #4 I ask today you order Immedit Release. #5 Terminate my case and order Ice to Never pick me up again on a Bogus Parole Violation. Thank you.

I declare under penalty of perjury that the forgoing is true and correct.

HONORAble SusAN IllSTON                                    4-20-08

When and if you order to show cause I will send the $5.00 Filing Fee.

I'm hoping you just order the Release of Petitioner I Already served 6 years 4 months going on 7 years for Riding a Stolden Motor Cycle.

I Ask you Terminate Parole As well in CAliFornia So I could leave ELoy and live in Chicago I never want to Enter CAliFornia AgAin. OK stAy here at Eloy the prison needs me as a welder. They hAven't had on in months I could save them lot's of money. I don't mind living in Eloy out of custody and work in prison. Its a dream come true I Always wanted to be a correction worker.

**RECEIVED**

APR 2 3 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California



بسم الله الرحمن الرحيم

المملكة الأردنية الهاشمية
دائرة المتابعة

الرقم: ٣٨٨١

معالي السفير الأردني / واشنطن

إشارة لكتابكم رقم ق/١٣/١٣٠٤ تاريخ ١٩٩٩/١٢/١٢ بخصوص الندعو جورج مسلم مرثا

يرجى إعلامهم بتعذر الموافقة على إجابة الطلب لعدم وجود ما يثبت بأنه أردني الجنسية.

وتفضلوا بقبول الاحترام ،،،

نايف سعود القاضي

نسخة/إلى عطوفة مدير المخابرات العامة إشارة لكتابه رقم ١٤/٢/٥/٣ تاريخ ٢٠٠٠/٢/٢٩

نسخة/إلى عطوفة مدير عام دائرة الأحوال المدنية والجوازات إشارة لكتابه رقم ج/٥٥/٢٥٣٩/قانوني/وس/٤٠١ تاريخ ٢٠٠٠/١/١٤

نسخة/إلى المدعي العام العسكري إشارة لكتابه رقم ش/١٦١/٢٩٨ تاريخ ٢٠٠٠/١/١٦

نسخة/إلى عطوفة مدير الجنسية وشؤون الأجانب .
نسخة/إلى قسم الاستقبال والتنسيق .
نسخة/إلى الملف العام / الحاسوب .

Hashimite Kingdom of JORDAN
MINISTRY OF INTERIOR - AMMAN
# 10/12/K 830 857
Date 1/26/2000

His Highness the JORDANIAN EMBASSADOR - WASH. D.C.

Refering to your letter Q 1304/13 dated 12/12/1999 concerning the person called GEORGE MARTHA, We beg to let you know that we cannot comply with your request, because there is nothing to prove that he is a JORDANIAN CITIZEN

Respectfully
signed
NAYEF SAUD EL QADI

\* Copy to Chief of Internal Sec # 3/5/1404   2/4/2000
\* Copy to Head of Passport and related Civil Matters
    # 6/55/9539 LEGAL US 301   1/3/2000
" Public Security - Residents and Foreigners Section
    #    not legible
" for Military Safty Intelligence Div.
    # SH 161/298   1/16/2000
Copy Head of Dept of Citizenship and Foreigners
Copy for Section of Filing and Receiving
Copy for the General File - Computer
                    END of LETTER


I testify that the above translation is an accurate and true for wich I testify

NIMER ABU MARTA
Nimer Abumarta  Daly City
2/8/2000  PHONE # 650-755-9894

George Martha A17796939
Eloy Detention center
1705 East Hanna Road
Eloy AZ. 85231

PHOENIX AZ 850
21 APR 08 PM 6 L

Northern District court in
For the United States of America
450 Golden Gate Ave.
San Francisco Ca. 94102

ATTN: Honorable Susan Illston

94102+3651

RECEIVED
APR 2 3 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California