Your Honor;

Copy is not made.

CV-08-1982 SI
File No. A17796939

Obstruction of Justice is stopping me from filing a Writ of Error Coram Nobis.

Acusss to a copy machine is 100% impossible for a Big case. In Eloy, AZ. Change vinues to SF

I was told to wrip up the complaint and they would do copies.

I was fooled, and when I opened my mail I was told I was walking on thin ice and Ready to Place me in the hole.

So Exhausting state Remidies is 100% Impossible.

I am a <u>Innocent</u> man. Request to by pass state Remidies.

Request to send you the true copies with Exhibits. Writ Briefs

RECEIVED MAY 8 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED MAY 0 6 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Request you make one copy For All parties Including myself. and Return my copy A.S.A.P. For I don't have one.

I will wait For you to tell me to send them to you.

Request you send me a very Big Envelope Pre paid. to hold 400 copies. With a letter Promising you'll Return my copy of the writ and All Exhibits and Promise All Parties will be served on the certificate OF service

I will WAIT PAtiently,
But one second is to
long I am INNocent Not
with consitutional merit

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

George Martha A177964?9
Eloy Detention Center
1705 E. Hanna Road.
Eloy, AZ. 85231

George Martins top stapled ⊕m & tapped.