Honorable Judge   Case No. CV-08-1982

Copy made
FILED
MAY 0 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To help you better understand why the Warrant Recalled last year. on Nov-28-06.

I Feel it can not be apart of my argument to Reach Public Records.

Because if it does someones Judgment could be vacated for Shooting an E.P.A. police man if ones Attorney EVER got a hold of my Arguement to which I will have no problem Arguing.

Why was I housed in Mule Creek State Prison on 2800.2 vc and 10851.vc. ?

I testified on a man Indirectly ~~out~~ used to harm Someones case. who Shot a cop.

Redwood city Jail. Although he was gona be convicted because he shot the cop. I was used Illegaly to collect Info.

I demand my Release before Im Forced to argue this. BackSide.

(ICE) Agent in Redwood city, San Mateo county Jail Did not Place a hold on me. violated due process. I did not slip throw the cracks. (I had a Right to be heard in 2007.) 2005 (Dave Jennings ICE Agent) 650 capital mall Sacromento ca. 95814 Phone # 916-930-3843. Responsible For Mule creek (ICE) (holds) Placed one on me. I wrote him and gave him info. He lifted the (Hold)(Nov-28-2006.) as promised to me. IF proceedings Start on May-12-08 in Eloy AZ. I will Be Forced to go on Public Record Arguing this Fact.

After I paroled March 25-2007 From Ione I was Not picked up by (Ice) a Few months later I went to Oakland California to get my green card.

Ice Agent there told me he could Arrest me. I explained. He said if you are lieing I'll have a warrant For your Arrest and you won't Recieve a green card,

He said If you do, your Story matched and a green card will be in the mail in two weeks. I got the green card.

Re-Arrested on a Bogus Parole Violation. Call Attorney Gail Humvel

Probable cause Attorney San Quentin.

George Martha A 177796939
Eloy Detention Center
1705 East Hanna Road.
Eloy AZ 85231

'Legal Mail'

PHOENIX AZ 850
05 MAY 08 PM 5 T

Northern District Court In For
The United States Of America
450 Golden Gate Ave
San Francisco Ca. 94103
ATTN: Judge case No. CV-08-1982