FILED RECEIVED
MAY 13 2008 SI
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge R[...]    CASE NO 157784

ON 5-1-08 I sent THE WRit OF ERROR CORAM Nobis IN CASE No 157784
with EXHibits (A)(B)(C)(D) I serued the SAN FRANCisco Court, the superior leavel.
I sent one to the president oF the united State oF America
I sent one to your District Attorney oFFice.
I sent one to District court Northern District U.S. court House in A ILLegal detention case # CV-08-1982
For (Ice) CORAM Nobis is EXHibit (A) in case # CV-08-1982 SI

Please Note I Am not a Lawyer. I am legaly Mentaly ILL. I Forgot to send mental Health Argue ment with cases.
I'm sending it today in the Addendem motion. Please accept it.

FILED
MAY 13 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HALL OF JUSTICE OF SAN
Francisco City and County
OF CALIFORNIA. Superior court

George MARtha, Defendant
v.
THE PEOPLE OF the STATE
OF CALIFORNIA,

CORAM NobIS CASE NO
5791
File MAY. 6. 2008
File # A17796939
# 157784
Supporting cases in
Addendum motion.

Comes Now defendant before this Honorable Court Filing a very Important Addendum motion in support of vacating Judgment. Defendant is not a Lawyer and did not sight Mental Health cases. So here we go.

Please Read TRIAL TRANSCRIPT. Questions Asked by Judge Louie. And Answers From a Mentaly sick person, "Me" you will Find the Answers I gave where of one Identical or close to see Loyola Dominguez 125 F. 3d 1315 (C.A.9 (cal 1997... Mistake U.S v. Loyola Dominguez; 125 F. 3d 1315 (C.A.9. (cal) 1997

Also when Dave Wise Just took a Plea to send me off to Prison without an Evaluation was an Illegal Proformance in acting as an Effective Lawyer to which he was Ineffective. See Strickland v. Washington (1984) To Prove He sold me to the D/A #1 No Two doctors Evaluated me Before Plea. or After. To help you understand how he sugar coated the sweet deal He Allowed the devil to whisper in my ear." I could set you a $500.00 Dollar Bond and wave surrender date one month. See Abstract of Judgment date of sentence (4-08-97) stay of surrender (4-21-97) I surrendered this day and ask for one extra day. Because my grandmother was dieding and want to die back home. She changed her mind and stayed and got Better and later died in (2006) on the day 9-11-06 in San Diego. So 4-22-97 was the Actual date. Dave wise Illegaly Plead me into a prison deal with 2 months left on Felony Probation to End. was not Knowingly or Intelligently see United States of America v. Lamon Lee Christensen No. 89-50513 Argued and submitted Nov. 1. 1993 Decided March. 17. 1994 Amended April. 4. 1994

#1 I told DAVE WISE I wanted to go to trial based on my mental health matter. #2 He said no way in the world. #3 I told him I wanted to see Judge Louie he said Hell No! #4 He said take the deal And Bond out you'll be free in 81 days After you surrender. Judge Louie would have vacated Judgment. and dismissed the matter. Trial court Abused it's descretion in Failing to secure my Plea Bargin.

---

#2 Everyone envolved 4-08-97 Even Walden House program worked Hard to send me to Prison. Proving corruption on Walden House owner Blow his head off like a coward in stead of Facing charges like a man to his crime. And since creditibleity of Walden House proven to be discreditable At that time I motion that the court strick off Record Statements made by Nolan BarBra Empolyee of Walden house who discredited me in open court to send me to prison So Walden house can get a comission check from C.D.C. Further Abuse of Power and Descretion by the court to Allow A corruptable program to testifie in open court to Send me to Hell. Also 422 PC Had nothing to do with drugs And it was not Part of Plea in 1995. "To Enter Walden House". As a Matter of Fact Plea was Broken of Seal Because Walden House is in California not chicago. I Rest that argument

---

#3 Sugar coating a sweet deal. #1 By violating Plea in 1995 and make it look like it was my Fault. violate 8th Amendment Mental Torture. The court told me Either 8 months 20 days, more with 3 years more with Brad Davis. or 81 days in S.Q.S.P. 3 years Parole. U.S. V. Loyola Dominguez 125 F.3d 1315 Identical Additude. (yeah how long) I took the softest way out of abuse. due to Ineffective Lawyers And Abuse of power by the court & STAFF with in SF. Co. Hall of Justice. Effective assistance of counsle I had a Right to U.S.C.A Const. Amend 6. Strickland v. Washington 1984

This judgment must be vacated in George Marthas Case No. 157784 See U.S. V. William 113 F.3d 1155 (CA.10 (N.M)(1997) [3] Criminal Law 625.10(4) 110K 623 Separate Trial or hearing on Issue of Insanity Incapacity or Incopetency. After Reading Exhibits in case Filed May 2008 Dave Wise made a Big Error in selling out his mentaly sick client. see Sena V. New Mexico State Prison 109 F.3d 652 (CA.10 (NM)(1997) -- Reversed and Remanded. Federal Doctors with (INS) After the Fact Found defendant George Martha Incompetent. SSI Benifits SS# 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)

see Williamson v. Ward 110 F.3d 1508 CA.10 (Okla)(1997) United States District Court For the Eastern District of Oklahoma Frank Howell Seay, Chief Judge, 91 F. Supp. 1529 granted writ. and State Appealed counsle Failed to investigate defendants mental illness in Capital punishment case. see Exhibit in this case no 157784 S.F. Co. conviction. Facing Torture or death if Removed. Dave wise Fail me in to many ways. "Point is clear" see U.S. V. Kwan cite as 407 F.3d 1005 (9th Cir 2005) Dave Wise Failed to Investigat condistions of client mental Health if Removed. World Laws. Human Rights Laws and so on. He just Plead me guilty thinking I'm another one down the drain. Dave wise took away the power of a Jury to determine if I should Face a Penalty out side the punishment. "Point is clear" to show how a U.S. Attorney denied me protection Against torture or death in Exhibits File # A17796939. To show how common it is to Practice Abuse of Authority within the (IC) Immigration Court. see -- John Lennon 1960's V. U.S. Attorney

State Court Transcripts may be admitted as Evidence in Federal Habeas proceedings see Dempsey v. Wainwright 471 F.2d 604.606. (5th Cir) cert denied 411 U.S. 968. 93 S.Ct 2158. 36 L.Ed 2d 690 (1973). and were so Received by order of the district court. Thus we may consider them on Appeal. Clear Evidence in case no 157784 Judge Louie ordered Probation to be Transfered and it never was. Judge Louie Kicked me out of San Francisco But yet Probation officer Brought me back. And Re-convicted me. 100%. due process violation and a crime was commited on Brad Davis's behalf. I Motion this Court to Place him under Arrest to Face charges of Kid Nap. Also left out of Plea. And deprivation of Trial the So called victum suffers from Thyroid cancer and they Removed them. During the time she became a very mean vindictive lady. I tell you After you Read this

Evidentary hearing. Townsend v. Sain 372 U.S 293, 318 83 S.Ct. 745, 755. 9 L.Ed. 2d 770 (1963) unless the state court findings are not fairly supported "By the record as a whole see Summer 449 U.S. 539, 550, 101. S.Ct 764, 771. 66 L.Ed. 2d. 722 (1981) where the presuption applies the burden shall rest upon the applicant to establish by convincing evidence that the factual determination by the state court was Erroeous. See also Rushen v. Spain. 464 U.S. 114 120 104 S.Ct 453 456 78 L.Ed 2d 267 (1983, per curiam. Smith v Phillips. 455 U.S. 209 218 102 S.Ct. 940 946 71 L.Ed. 2d 78 (1982) Summer v mata 449 U.S. 539, 550 101 S.Ct. 764 770. 66 L.Ed 2d. 722 (1981) Lavallee v Delle Rose. 410 U.S 690 695 93 S.Ct. 1203, 1205 L.Ed. 2d 637 (1973) Jarrett v Headley. 802 F.2d 34, 42 (2d cir 1986) - The Presumption, thus is not irrebuttable. If a state court determination i Fairly supported by the Record and thus presumed correct petitioner in a Federal Evidentiary hearing may nonetheless prvail evidence that the Factual determination by the state court was Erroneousi. See Lafferty v Cook. 949 F. 2d. 1546. 1549. n. 1 (10th cir 1991) quoting 28 USC 2254 (d)

Moran challenged the findings of the post conviction court by arguing that the court incorrectly placed the burden of proof on him to establish his incompetence. He Relies on James v. Singletary. 957 F.2d 1562. 1570-71 (11th cir 1992)

In James interpreted Pate 383 U.S at 385, 86 S.Ct. at 842, to Require a defendant to first establish that the trial court failed to conduct a competency hearing at the time a bona fide doubt should have arisen as to his competency. According to James, if a defendant establishes this Pate error the burden of proof then shifts to the state to prove it is possible to hold a Retrospective hearing to determine wheather the defendant was competent to stand trial. After James Medina v California 505 U.S 437, 112 S.Ct. 2572, 2579, 120 L.Ed. 2d. 353 (1992) held that the state may constitutionally place the burden of proof on a defendant at a competency hearing The court recognized a state must provide procedures adequate to protect a defendants Right not t be tried or convicted while incompetent. Like All Attorneys did in George Martha's case no 157784. "Not once but twice" I'm not on medication to my good looks. To determine wheather a defendants guilty plea is a voluntary and intelligent choice among the Alternative courses of Action. See North Carolina v. Alford 400 U.S. 25 31 91 S.Ct 160 164 27 L.Ed. 2d. 162 (1970) a trial court must follow the guideliness set forth in Boykin v Alabama. 395 U.S, 23 242-43 89 S.Ct 1709, 1711-12, 23 L.Ed 2d. 274 (1969)

See Godinez 509 U.S at n. 12, 113 S.ct at 2687 n.12 page #5

Under Boykin the record of the plea proceeding must reflect that the defendant voluntarily waived his Right to a jury trial the Right to confront his Accusers and his privilage Against compulsory self incrimination PARK V Raley. Mora Attorney Failed to investigate wheather he was competent to plea guilty "Trial court Abused Descretion by Accepting George Marthas guilty Plea without propere Evaluation. See U.S. V. LAMON Lee Christensen, No. 89-50513 Argued and submitted Nov. 1. 1993. Decided March. 17. 1994 Amended April. 4. 19 without Evaluation, Knowingly and intelligently signed a waiver voluntarily to a Torture or death case if Martha case no 157789 would not have plead guilty. Fed Ruless CA Proc. Rule 23 (a) 18 U.S.C.A; U.S.C.A. Const Amend 6. Dr Levy conducted a 10 minut Interview not for disorder or thought disorder or mental. Evaluation. He was a very old man. ? I question his Ablities to be competent himself. He only talked to me and told me to Find a new wife. Asked if I would kill her if Released. No medication Issued which later violated 8th Amendment longer suffering when it could have ended with Dr Levy. Remand Christensen ? other claim if it Reaches the sentence stage Again however Martha has to many years severed on the crime C.T.S. Is long over do. This case warranted a downward departure See United State v. Roe 976 F.2d. 1216, 1218 (9th Cir. 1992) United stat v. Doering 909 F.2d 392 394 (9th cir 1990) see Also United states v Boshell, 952 F.2d, 1101, 1107 (9th cir 1991) If the district court wer to conclude that christensens mental Health qualified as an extraordinary case. It would be Authorized to depart downward, under U.S.S.G. §§ 5H1. and 5K2.0 U.S.V. matos. C.A.2. N.Y (1990) 905 F.2d 30 Ineffective Remanded. Requirments are met in Martha's Case No 157789 SF. Co. Case 850 Bryant St. SF. Ca. 94103 Hall of Justice

I declare under the penalty of Purjury that the Forgoing is true and correct.

Case # 157784

Addendum motion
Mental Health cases
Support VACATEd
Judgment.
THE writ ERRor CORAM
Nobis.

I certifie that I served all parties below a true and correct copy of an Addendum motion Mental Health cases supporting vacate of judgment IN writ of ERROR Coram Nobis.

I declare the Fact under the penalty of purjry that the Forgoing is true and correct.

SERVED

Original
Hall of Justice
of San Francisco
850 Bryant St.
SF Ca. 94103.

SERVED

Copy
D/A office
850 Bryant St.
SF. Ca. 94103

SERVED

Northern District court
IN For United states of
America
450 Golden Gate Ave
SF. Ca. 94103
Case # CV-08-198

Today Date  5-5-08

THE PEOPLE, Plaintiff and Respondent v. George Martha, Defendant and Appellant

CRIM. NO. 157784

ENDORSED
FILED
San Francisco County Superior Court

MAY - 6 2008

GORDON PARK-LI, Clerk
BY: CARLOS BARRAZA
Deputy Clerk

5791

PRIOR HISTORY SUPERIOR COURT of the city and county of SAN, Francisco, No. 157784 LENARd, D. Louie, Judge

Original copy of original

CRIMINAL LAW and Procedure → Postconviction Proceedings → Coram Nobis. [HN8] A writ of error coram nobis is granted when three requirements are met: (1) the petitioner has shown that some fact existed which, without fault of his own, was not presented to the court at the trial on the merits, and which if presented would have prevented the rendition of judgment; (2) the petitioner has shown that the newly discovered evidence does not go to the merits of the issues tried; and (3) the petitioner has shown that the facts upon which he relies were not known to him and could not in the exercise of due diligence have been discovered by him at any time substantially earlier than the time of his motion for the writ. All Exhibits ARE Newly discovered Evidence. I would of went to tri For sure. My life is in danger and detention doesn't end. I can't take much no Will go with (1) simple none beatable Argument.

#1 EXHIBIT (A) PROOF defendant is and was mentally sick, life long. Evidences left out during court. By 5 Attorneys on one case

#2 I charge EACH Attorney on this case but MR CONROY with Ineffective Assistance of Counsle. For not seeking Propere mental Evaluation. LAW LAND MARK case LAW STRIKLAND v. WASHINGTON. (1984)

Also Pointer v. Texas 380 U.S 400 a Right to Present witnesses on one's defense. "Which I was diprive of."

Also WASHINGTON v. Texas 388 U.S. 14 a Right to Remain Silent. "Which I was diprive." "oF"

Also Malloy v. Hogan 378 U.S and a Right to be convicted by proof beyond All Reasonable doubt IN RE: Winship 397 U.S 358. "Which I was diprive of"

Page #1



Northern District court in For
THE United States of America
450 Golden Gate AVe
San Francisco Ca. 94103

case # CV-08-1982

George Martha A-17796939
Eloy Detention Center
1705 East Hanna Road
Eloy, AZ. 85231

MAY 08 2008

7007 0710 0001 0492 8974

CERTIFIED MAIL