```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019257
Cashier ID: almaceh
Transaction Date: 05/16/2008
Payer Name: JAMILEH MARTA

WRIT OF HABEAS CORPUS
 For: GEORGE MARTA
 Case/Party: D-CAN-3-08-CV-001982-001
 Amount:         $5.00
GIFTS TO US
 For: GEORGE MARTA
 Amount:         $5.00
----------------------------------------
CHECK
 Check/Money Order Num: 1169
 Amt Tendered:  $10.00
----------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00

SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

May 8, 2008

George Marta A17796939
Eloy Detention Center
1705 E. Hanna Road
Eloy, AZ 85231

Dear Sir/Madam:

  We have received your check #1169 in the amount of $10.00; however, we are returning it for the following reason:

  ___   We do not accept "not to exceed" checks. Please contact the appropriate court personnel for the exact amount to remit.

  ___   Your check is issued in the wrong amount.

  ___   We are unable to determine the purpose of your payment. Please provide the case number, case name and purpose of your payment.

  _X_   Other: Filing fee is $5.00.

Once you have provided the above requested information, please return or provide another check in the correct amount to our office.

Sincerely,

*Rhonda Shrum*

Rhonda M. Shrum
Financial Technician

*Please see →*

*[handwritten annotation:] donate the $5.00 to other $ ORPhins*

E.

Donate the extra $15.⁰⁰ to ORPHINS OR the U.S.A cause for war in ~~Iraq~~ IRAQ.

George Martha A17796939
Eloy Detention Center
1705 East Hanna Road
Eloy, AZ. 85231

9410243661

Office of the clerk
U.S District court
Northern District of California
450 Golden Gate Ave
San Francisco Ca. 94103

ATN: Rhonda.M. Shrom Financial Technician

UNITED STATES POSTAGE
02 1M
0004222548
MAILED FROM ZIP CODE 85231
$00.42⁰
MAY 13 2008
PITNEY BOWES