5-18-08

Your Honorable Judge Susan Illston
Clerk Please Today give this letter to my Judge.
One second longer in prison is to long. Thank you

FILED
MAY 22 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # CV-08-1982

George Martha V. U.S Immigration Custom Enforcement

Penuliar v. Mukesy 2008 US Supreme Court case
Ruled two weeks ago 10851 vc (a) is not Theft
And 2800.2 vc is not violent.

see
Abstract of Judgment clearly marked non-violent.

Bond denied May-12-08.
Bond Appeal wavied on Relivece that the (IJ)
told me it was Theft and violent and deportable.

Rehearing on Focus

(IJ) Told me to File a Termination of Proceeding
Motion. May-27-08.

Please call down here to ask them to Release
me this way Case # CV-08-1982 could come
to an end.
Thank you

GM

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

CR-290

FILED
SAN MATEO COUNTY
JUL 2 1 2003
Clerk of the Superior Court
By _____ DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SAN MATEO

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: GEORGE MORMAN MARTHA
AKA: GEORGE NIMER MARTHA, ETC.
CII#: 008310586
BOOKING #: 0268752
DOB: 06-01-67
SC051811A -A
-B
☐ NOT PRESENT -C
-D

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT: FIRST ☒ AMENDED ABSTRACT

DATE OF HEARING: 10-09-02   DEPT. NO.: 12   JUDGE: H. JAMES ELLIS
CLERK: KRISTY NELSON   REPORTER: SANDRA BETTENCOURT   PROBATION NO. OR PROBATION OFFICER: NONE STATED.
COUNSEL FOR PEOPLE: M. ALLHISER   COUNSEL FOR DEFENDANT: L. BRAMY   ☒ APPTD.

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
      (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VC | 2800.2 | RECKLESS EVADING P/O | 2002 | 09-06-02 | X | | | M | | | | | | | 4 | 0* |
| 2 | VC | 10851(A) | TAKE VEHICLE W/O CONSENT | 2002 | 09-06-02 | X | | | M | | | X | | | | 1 | 4* |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 667.5(B) | 1 | | | | | | | 1    0 |

4. ☒ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: _____

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME EXCLUDING COUNTY JAIL TERM: 6   4

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 (Rev. January 1, 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

Penal Code,
§§ 1213, 1213.5

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ELOY, AZ


MARTHA, GEORGE NIMER
ICE, 1705 EAST HANNA ROAD
ELOY, AZ  85231

RE: MARTHA, GEORGE NIMER
INMATE NO:

NOTICE OF HEARING IN REMOVAL PROCEEDINGS

DATE OF NOTICE:  May 12, 2008
FILE: A17-796-939

You are hereby notified that a hearing in this case is ~~scheduled~~/rescheduled before an Immigration Court on May 27, 2008 at 09:30 A.M. at

        1705 EAST HANNA RD., SUITE 366
        ELOY, AZ  85231.

You may be represented in this proceeding at no expense to the Government by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court.  If you wish to be represented, your attorney or representative should appear with you at the scheduled hearing.

Except as otherwise ordered by an Immigration Judge, any motions (including motions for continuances and motions to withdraw as counsel), applications, or other correspondence concerning this case should be filed with the Immigration Court at:    1705 E. HANNA RD.
        ELOY, AZ  85231

at least 10 days prior to the scheduled hearing.  Evidence of payment of appropriate filing fees must be included.

ANYONE EXPECTING TO ENTER THE FACILITY IN ORDER TO APPEAR AT THE IMMIGRATION HEARING IS SUBJECT TO CORRECTIONS DEPARTMENT POLICIES AND PROCEDURES REGARDING ENTRY.  CONTACT THE SECURITY OFFICE AT THIS PRISON IN ADVANCE OF THE DAY OF THE HEARING FOR FURTHER SPECIFIC INFORMATION ABOUT ENTRY GUIDLINES.

For information regarding the status of your case, call toll free
1-800-898-7180 OR 703-305-1662.

---
                           CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN   [·] ALIEN c/o Custodial Officer   [ ] ALIEN's ATT/REP   [✓] DHS
DATE: _____  BY: COURT STAFF _____
    Attachments:   [ ] EOIR-33  [ ] EOIR- 28  [ ] Legal Services List  [ ] Other
                                                                                                                 3Y



U. S. DEPARTMENT OF JUSTICE
Executive Office for Immigration Review
Immigration Court
1705 E. Hanna Road, Suite 366
Eloy, Arizona 85231

In the Matter of:                                )          Case No.:A#17-796-939
MARTHA, GEORGE NIMER                             )          Docket:  Eloy, Arizona
                                                 )
Respondent                                       )          In Bond Proceedings

### ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. §1236.1(d)(1), and having considered the representations of Immigration and Customs Enforcement and the respondent, it is HEREBY ORDERED that:

[ ]        The request for a change in the custody status of the respondent be denied.

[ ]        The request for a change in the custody status of the respondent be granted and that the respondent be:

    (1)   [ ]   released from custody on respondent's own recognizance; or,

        [ ]   released from custody upon posting a bond of $_____: and

    (2) the conditions of the bond:

        [ ]   remain unchanged; or,

        [ ]   are changed as follows: _____

[X]        No Jurisdiction pursuant to 236 of the Act _____

[ ]        Other _____

_____                              _____
Date                                              Immigration Judge

Appeal: RESERVED/WAIVED ( A / I / B )

George Martin A177969739
Eloy Detention Center
1705 EAST Hanna RD.
Eloy AZ 85231

CERTIFIED MAIL

7007 0710 0001 0492 8479

Please send Registered Sign Return Thank you)   Case # CV-08-1982

United States Northern district
court
450 Golden Gate Ave
San Francisco Ca 94103
c/o Honorable Susan Illston

$05.320
MAY 19 2008
MAILED FROM ZIPCODE 85231