**FILED**

MAY 27 2008

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

**FIRST NOTICE OF PAYMENT DUE**

Jamileh Marta
5170 White Oak Ct
Concord CA 94521

Notice Date
5/27/2008

The check described below has been returned unpaid by your bank. Pursuant to the fee schedule adopted by the Judicial Conference of the United States, an additional fee of $45.00 has been assessed.

You are also advised that all further payments to the court must be in the form of cash, money order or cashier's check, unless you can provide written proof from your bank that the error was the fault of the bank.

**This total amount is due for the following unpaid check.**

**Bank:** US Bank
**Check Number:** 1169
**Check Date:** 4/29/08

**Check Amount:** $10.00
**Additional Fee:** $45.00

**Total Amount Due: $55.00**

**Due Date:** 6/5/08

Please immediately remit a money order or cashier's check for the amount due to the following address:

**United States District Court**
**450 Golden Gate Avenue, 16th Floor**
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Please return this letter to ensure proper credit.

If you have any questions about the amount due, please call the Finance Dept. at (415) 522-4621.

```
BANK OF AMERICA, N.A.                          Page 01 of 01              H
WEST RETURN ITEMS                              Bank   : 00355
P.O. BOX 2518                                  Center :
HOUSTON, TX   77252-2518                       Divider: 15,565
                                               Code   : 3 I

                                               Deposit Account:    123-358-0352
                                               Charge Account :    123-358-0352
                                               Store/Reference:00000000004611

      U.S. TREASURY GENERAL ACCOUNT
      U.S. DISTRICT COURT
      - SAN FRANCISCO, OAKLAND, SAN JOSE
      P. O. BOX 36060
      SAN FRANCISCO,  CA  94102
      *** PREPARE DEBIT VOUCHER ***

                                               Date of Notice: 05-22-2008
Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid.
Therefore, we have charged them to your account.  Fees for analyzed accounts are itemized
on the account analysis statement.

If you have any questions or need additional information, please contact one of our
Customer Service Representatives at the phone number on your checking account statement.
Thank you for choosing Bank of America.

Number of Returned Items:                  1
Amount of Returned Item(s):            10.00

SEQUENCE/    ABA NUMBER/    MAKER NAME/         RETURN REASON/           AMOUNT
  DEP DATE     DEP AMOUNT     CHECK DATE           I.D.
8115312557   1211-2267                          Stop Payment              10.00
5/20/2008    9,669.62
```

```
*111012822*
 05/22/2008
000001860505041

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-C
STOP PAYMENT

*18430001*
 *15565*
   *1*
 *01853*
```

Case # CV-08-1982

NIMER ABUMARTA
OR JAMILEH MARTA
5170 WHITE OAK CT
CONCORD, CA  94521-4521

                                    1169
                          DATE 4-29-08

PAY TO THE
ORDER OF  US Northern district court    $ 10.00

Ten dollars     00/100                  DOLLARS

usbank

MEMO  filling fee

⑆121122676⑆  153457424734⑈ 1169  ⑈000000 1000⑈

⑆121122676⑆     153457424734⑈ 1169  ⑈000000 1000⑈