CASE # CV-08-1982
SI

Your Honorable Susan Illston

JUN 24 2008

CASE # CV-08-1982

When I paroled on my term it was a fact I paroled a free man.
To show cause (ICE) Recalled warrant as I claimed to you in the 2241 writ. (I ordered the form Recall of warrant for you here it is)
To support due process claim please add these exhibits.
To show my parole violation was Bogus, I do not want you to think I continue to pick up new case's.
To talk to my mom my witness 925-349-9562 she is American and now suffers Brain tumors. Parole Agent Bins Plus 10851 VC (a) is not theft as defined 8 USC 1101 (a)(43)(G) and 2800.2 is not violent 8 USC 1101 (a)(43)(F) sec 18 USC ss 16 to which I'm held on.
To which my 212-c waver is not void and held illegal since April 22-08 case handed down in Penuliar v. Mukasey No-03-71578  2008 U.S. App. Lexis 8663
Your Honor Relief is past due and August-4-08 Eloy AZ 85231 (IC) hearing I shouldn't have to wait til then to be released. Foregoing Reasons please grant 2241 and order my Release.
Thank you
(Parole Agent Evett hung up on my mom face and sister)(Ask mom)(Bingely also) He just got out Iraq war. Bias tords Arabic people.
I declare under the penalty of perjury that the foregoing is true and correct.

JUN 2 4 2008

Parole Violation
Count #1   Stuck  4 with half.
Count #2   Dismissed
Count #3   Typo.

Call proble cause Attorney
      Gail Hummel

Certificate of Service

JUN 2 4 2008

Case # CV-08-1982

I certify that I sent a copy of original only to SUSAN IllSTON.
By Placing said mail in Eloy AZ 85231 mail Box U.S mail service. at Eloy Detention center 1705 E Hanna Road Eloy AZ. 85231

I declare under penalty of perjury that the foregoing is true and correct

Served

Honorable SUSAN ILLSTON
450 Golden Gate Ave
San Francisco Ca. 94103

U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Immigration Detainer - Notice of Action

| To: (Name and title of Institution) | From: (ICE office address) |
|---|---|
| MULE CREEK STATE PRISON<br>4001 Highway 104<br>Ione, CA 95640 | U.S. IMMIGRATION & CUSTOMS ENFORCEMENT<br>650 CAPITOL MALL, ROOM 1-120<br>SACRAMENTO, CA 95814 |

| Name of Alien (Immigration): | | | Name of Alien (Institution): MARTHA, GEORGE | | |
|---|---|---|---|---|---|
| Last Name | First Name | Middle | Last Name | First Name | Middle |
| Date of Birth: | Nationality: ISREAL | | Sex: ☐ Male ☐ Female | Immigration File No: A17 796 939 | |
| CII: A | CDC#: X- | | Booking #: | ERD: | |
| FBI: | Interview Date: | | ICE Disposition: NO HOLD | Date Detainer filed: 11/28/2006 | |

You are advised that the action noted below has been taken by Immigration and Customs Enforcement (ICE) concerning the above-named inmate of your institution:

☒ **THIS PERSON IS NOT SUBJECT TO REMOVAL AT THIS TIME. NO FURTHER ACTION REQUIRED.**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ Deportation or removal from the United States has been ordered.

## It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive. If you have any further questions regarding this matter, please contact the ICE official named below during normal business hours or the duty agent at (916) 591-2707 during non-business hours.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays, and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE (Detention Branch) by calling (916) 930-3852 during business hours or by fax at (916) 930-3799.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
  ☐ A self-addressed stamped envelope is enclosed for your convenience.
  ☐ Please return a signed copy via facsimile to (916) 930-3799 to the attention of __person named below.__
☐ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☐ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by ICE on _____

JOSHUA TOBIAS (916)930-3852
(Signature of ICE official)

IMMIGRATION ENFORCEMENT AGENT
(Title of ICE official)

Receipt acknowledged:

Date of latest conviction: _____  Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
MULE CREEK STATE PRISON
P.O. BOX 409099
4001 HIGHWAY 104
IONE, CA 95640



**DATE:**     November 28, 2006

**TO:**     U. S. Immigration & Naturalization Service
650 Capitol Mall Ste 1-120
Sacramento, Ca. 95814

**RE: MARTHA, GEORGE**
**CDC #: T-69137**
**DOB: 6-1-67**
**WARRANT #: A17796939**

In regard to the above referenced warrant:

☐    Notations have been entered on our records that Subject is **Wanted** by your department. His tentative release date is _____ . You will be given notice prior to his release date to make specific pick-up arrangements.

☒    Your **Hold** has been cancelled at your request.

☐    This case has been adjudicated. We are returning your warrant and have cancelled your **Hold.**

☐    Subject has been transferred to and your warrant has been forwarded to that institution for necessary action.

☐    Other:

*/D. Lowenberg*
R. Watkins
Correctional Case Records Manager
Phone: (209) 274-4911, Ext: 5116/Holds, Wants & Detainer's Desk
Fax: (209) 274-5944

CDC 1408 (Rev. 11/03)

AROLES & COMMUNITY SRVS
DIST - NORTH REGION 1
Aerojet Campus
2015 Aerojet Road
Rancho Cordova, CA 95742

PAROLES and Community SRVS
DIST- NORTH REGION 1
AEROjet Campus
2015 AERjet Road
Rancho CORdova, Ca. 95742

JUN 04 2008

ON NOV-28-06 M.C.S.P Recalled a WARRANT # A 17796939
ON MARCH 25-07 I paroled a Freeman
I need a copy of the Recalled warrant sent to me today.
Thank you.

RE. George MARtha T-69137

Return: George MARtha A17796939
Eloy DEtention center
1705 EAST Hanna Road
Eloy AZ 85231

copy made

STATE OF CALIFORNIA
CHARGE SHEET/REVOCATION TRACKING/SCHEDULING REQUEST
CDC 1676 (4/91)

*Gail Hummel* RECEIVED
FEB 01 2008

DISTRIBUTION: DEPARTMENT OF CORRECTIONS
ORIGINAL - BOARD REPORT
2ND COPY - PAROLEE — **PAROLEE COPY**
3RD COPY - PAROLE
4TH COPY - U.S. CalPAP

REPORT TO: [X] BOARD OF PRISON TERMS
[ ] NARCOTIC ADDICT EVALUATION AUTHORITY

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | BPH REGION/UNIT | CSTCU - ST |
|---|---|---|---|---|
| T69137 | Martha, George | SAME SAN QUENTIN - DRU | II/RDWDC | YES [ ] NO [X] |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS: | | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|---|
| 1/25/08 | Concord P.D. | [X] MANDATORY | [ ] NON-MANDATORY | San Quentin |

ARREST CODE: B

* ARREST CODES:
A  P&CSD STAFF ALONE
AB P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY
B  LAW ENFORCEMENT AGENCY ALONE
D  LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 1/25/08 | 1/25/08 | INTACT | T.Evatt | 3/23/10 | 3/23/08 | |

CHARGES AND CODES:
1. COND 3: Failure to follow instructions (024)
2. COND 4: Terrorist Threats (992)
3. COND 4: Assault with deadly weapon (400)

RECEIVED FEB 01 2008 BY: **ATTORNEY COPY**

REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO:
[ ] ABSCOND  [X] SELF  [ ] PROPERTY-OTHERS  [X] SAFETY-OTHERS

PRIORITY

**SUPPORTING EVIDENCE:**

**CHARGES 1,2&3:** On 1/24/08, Subject reported to the Redwood City parole unit, and submitted anti narcotic testing and his AOR directed at that time, for him not to go to Concord where his parents reside, as he has been fighting with family members. Subject becomes paranoid and AOR feared he would harm family members in such a state. Subject had reported he had been staying with a friend in San Mateo, while trying to get into a Project 90 sober living facility. On 1/25/08, at approximately 8:05am, OD Bingley of the Redwood City Parole unit, received a call from the Subject's brother, ▇ Nimer, stating the Subject had just threatened "to kill him", at the family house in Concord. Mr. Nimer had called 911. Concord P.D. officers arrived, and eventually took the Subject into custody, on the report that the Subject had a weapon. OD Bingley placed a hold on the Subject.

**PAROLEE STATEMENT:** Concord P.D. officers tried to get the Subject to make a statement. Subject refused and has not been in touch with his AOR.

**Sam Nimer's Statement:** On 1/29/08, AOR took Mr. Nimer's statement by telephone. He stated on 1/25/08, around 8:00am, at ▇▇▇▇., ▇▇▇▇ he was preparing to go to the hospital to have colon surgery. The Subject, his brother was in the bathroom, behind a locked door taking a shower. When Mr. Nimer knocked on the door and demanded the keys to his car, the Subject said he needed the car to go to Redwood City, to see his parole officer. Mr. Nimer, said no, he needed the keys, to go to the hospital, to have his colon surgery, and he needed the car that day. Subject became angered and threatened "to kill" Mr. Nimer. Mr. Nimer continued to demand the keys to his car. The Subject then came out from behind the bathroom's locked door, and threw the keys as hard as he could at his mother. Mr. Nimer stated the keys barely missed his mother's legs, which have had knee joint replacements. Mr. Nimer stated that was when he called 911.

| PAROLEE'S NAME | | CDC NUMBER |
|---|---|---|
| | Martha, George | T69137 |

Page 1 of 4

**MRS Jaime Martha's Statement:** On 1/29/08, AOR took Mrs. Martha's statement as to what happened on 1/25/08, at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ she and her son, ▓▓ Nimer, were preparing to go to a local hospital, as Sam Nimer needed to have colon surgery. She verified Mr. Nimer had asked the Subject for his keys. She denied the Subject ever threatened Mr. Nimer, nor did he throw the keys past her legs, with great force. She stated the Subject had been in the bathroom in his underwear, and she felt he threw the keys, because he didn't want his mother to see him undressed. She stated she felt Mr. Nimer was lying, because he wants to get his brother in trouble.
**WITNESS:** Officer Lawson, #0239, of the Concord P.D.; ▓▓▓ Nimer, brother of the Subject; Mrs Jaime Martha, mother of the Subject.
**ATTACHMENTS:** Concord P.D. report #08-01796.
**COURT INFORMATION:** None.

| PAROLEE'S NAME | | CDC NUMBER |
|---|---|---|
| | Martha, George | T69137 |



George Martha A 177969 39
Eloy Detention Center
1705 East Hanna Road
Eloy AZ 85231

7007 0710 0001 0494 2956

CERTIFIED MAIL

JUN 2 4 2008

U.S. Northern District Court House
450 Golden Gate Ave
San Francisco Ca. 94103

$03.290  JUN 19 2008  MAILED FROM ZIP CODE 85231