Honorable Susan Illston
450 Golden Gate Ave
San Francisco Ca. 94103

CASE # C V-08-1982
Illegal Detention CASE

FILED
JUL 1 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#1 Please let me start by saying.

#2 over the Phone at Eloy Detention, I George Martina captured my best Friends last words Alive and then his Brother murdered him. He left behind 3 wonderful children. SFPD Already interviewed me. I made a Noble offer to the children.

#3 I proved to SF District Attorney office I am a Famous song writer unknown by choice.

#4 My singer Rick Stevens From Tower of Power has a writ in at Santa Clara superior court.

35 years credit on 7- to life. we have million dollar contracts with warner Brothers and 9 CD's that need to be Recorded. The First and Best CD is called Down to the Fillmore. 100% Platinum Hit. For the children it will stand. 100% Royalties of Profits to Sam Bejelicas children at 1667 26th Ave SF Ca. 94103.

Please grant Ricks writ.

Donald Rick Stevenson
B-79550
Po Box 409040
Ione Ca. 95640
Mule creek State Prison

Promission to write Each other By unit supervisor parole agent Mr Colino 650-367-1444

(So we could Record) And care for those children.

Also

Vacating my Judgment case # 5791 Exhibit A in case # CV-08-1982

once vacated I want to Join the CIA. Arabic speaking Agent.

Please support this cause as well.

Your soon to be Agent

George Martha

TO - GEORGE MARTHA & THE VANDELLAS
FROM - RICK STEVENS  "STILL A YOUNG MAN"

SO VERY HARD TO GO
AIN'T NOTHING I CAN
SAY - NOTHING I CAN
DO I FEEL SO SAD YEAH
I FEEL SO BLUE. I'VE
GOT TO MAKE IT RIGHT
FOR EVERYONE CONCERNED
EVEN IF IT'S ME IF
IT'S ME THAT GETTING
BURNED - CAUSE I COULD
EVER MAKE YOU UNHAPPY
NO I COULDN'T DO
THAT GIRL ONLY WISH I DIDN'T LOVE YOU SO
MAKES IT SO VERY HARD TO GO .... HAPPY BIRTHDAY

NICE BABY PICTURE HUH? HAIR BLASTING!!!

— OTHER SIDE —

I KNEW THE TIME WOULD COME FOR I HAVE TO PAY FOR MY MISTAKES I CAN'T BLAME YOU FOR WHAT YOU'RE DOING TO ME GIRL EVEN THOUGH MY HEARTACHES

YOUR DREAMS HAVE ALL COME TRUE JUST THE WAY YOU PLANNED THEM SO I'LL JUST STEP ASIDE I'M GON STEP ASIDE A LEND A HELPING HAND THEN- CAUSE I COULD NEVER MAKE YOU UNHAPPY NO I COULDN'T DO THAT GIRL ONLY WISH I DIDN'T LOVE YOU SO MAKES IT SO VERY HARD TO GO IT AIN'T EASY TO WALK AWAY WHEN A MAN LOVES SOMEBODY ..... HOW TRUE EH GEORGIE ...

HAPPY DAYS AND I'LL SEE YOU IN 2008 DOWN AT THE FILLMORE !!!

YOUR SINGING BROTHER WOOP

LOVE YA! "RICKY" AKA "ELVIS"

MY BROTHER GEORGE AND OF COURSE "MOMS & POPS" (GIVE THEM MY BEST, LOVE, RESPECT....) THANK YOU FOR BEING MY FRIEND & BRO. DID YOU GET THOSE AUTOGRAPHS I SENT TO YOU FOR YOUR/OUR FANS?!!? WOOP!! STILL WAITING ON THE COURTS TO MAKE THE DECISION TO "CAP IT" AND BRING THE SYSTEM TO "DESIGNED CAPACITY." MY BROTHER STOP SPENDING ALL THAT MONEY ON THOSE CERTIFIED LETTERS. REGULAR STAMP SHOULD DO DON'T YOU THINK? ME AND SMITTY ARE HOLDING IT DOWN HERE IN SEVEN BLDG AND WE'RE ARE STILL WAITING ON OUR CARE PACKAGE?!!? WOOP I'VE FILED MY WRIT AND IT SHOULDN'T BE LONG NOW ESPECIALLY SINCE SANTA CLARA AND SAN MATEO COUNTIES PLAY BY THE RULES. KEEP ME IN YOUR PRAYERS MY BROTHER. EAT THAT GARLIC!!

HA HA HA HA

LORRAINE ASKS ABOUT YOU ALL THE TIME TOO, SUCH A GOOD WOMAN AS IS MICHIKO AND ARETHA AND CHAKA KHAN AND THE POINTER SISTERS AND OUR GUEST LIST IS WAY WAY FULL! GOD BLESS

YOUR BROTHER Rick

SEE YOU "DOWN TO THE FILLMORE"

GO 49 ER'S !!!!

miss you...

HAPPY FATHER'S DAY TO YOU & "POPS"

Donald "RicK" Stevenson
B79550, B-8-130L
P.O. Box 409040
Ione, CA 95640

BIAS

#17796939

0004214248
MAILED FROM ZIP CODE 95640

MR. GEORGE MARTHA
1705 EAST HANNA RD.
ELOY, ARIZONA 85231

RECEIVED
JUN 30 2008
By

#5231+9612 R003

3

GOD BLESS!

George MARtha #17796939
ELoy Detention center
1705 EAST Hanna Road
ELoy AZ 85231

PHOENIX AZ 850
08 JUL 09 PM 1 T

U.S. District court House
Northern District court
450 Golden Gate AVE
SAN Francisco Ca 94103

Legal
Mail

94102-3661

AttN: Honorable SUSAN ILLSTON CASE# CV-08-1982

*[Signature and date "07/10/08" written sideways on otherwise blank page]*