RECEIVED
FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Your Honourable Judge Susan Illston
450 Golden Gate Ave
SF CA 94103

CASE # CV-08-1982
SI

on 7-9-08
 I was Recharged by Ice for the case I Received a 212-C wavier.
See coram nobis Exhibit.
BIA motion granted 7-31-01     Attorney Rebecca J. Hooley
St cyr v INS 2001              (925-335-1800)

The Double Jeopardy clause of the Fifth Amendment provides that no person shall be subject for the same offense to be twice put in jeopardy of life or limbo. U.S. Const Amend. V. It consists of three separate constitutional protections.
#1 It protects against a second prosecution for the same offense after acquittal.
#2 It protects against a second prosecution for the same offense after conviction.
#3 And it protects against multiple punishments for the same offense
See North Carolina v. Pearce, 395 U.S. 711. 717. 23 L. Ed 2d. 656. 89 S.Ct. 2072 (1969)
See also Ex Parto Lans, 85 US. 163. 173, 21 L. Ed 872. (1873)
Also U.S. v Victor M Camacho 413 F.3d 985; 2005 US App Lexis 12415 No. 04-10078
28 USC § 1291 Final decisions of district courts.
It's unlawful detention and 28 USC § 2241 File April-16-08 is before you. I ask you Release me soon. Thank you for your time.
 I declare under the penalty of perjury that the foregoing is true and correct.

Once in Jeopardy
Once in Limbo.

CERTIFICATE OF SERVICE

I on 7-14-08 served a copy of this motion to the person(s) involved By Placing said envelope Pre paid in US Mail Box service at Eloy Detention Center 1705 East Hanna Road, Eloy AZ 85231

I declare under the penalty of purjury that the foregoing is true and correct

served

Honovrable Susan Illston
450 Golden gate Ave
San Francisco Ca. 94103

Case # CV-08-1982
File date April-16-08

George Martten 17796539
Eloy Detention Center
1705 East Hanna Road
Eloy AZ 85231

PHOENIX AZ 850
15 JUL 08 PM 8 T

Northern District Court House
in For the United States
450 Golden Gate Ave
San Francisco CA 94103

94102-3661

George Martha sign seal deliver

Legal mail served by US mail 07-15-08