Northern District court House
in For the United states

George MARTHA, Petitioner

v.

Immigration Custom Enforcement

CASE # CV-08-1982 SI

Please Dismiss Matter

Change Address on Certificate of service

Your Honor:

On April-16-08 I Filed an Illegal Detention writ.

On August-4-08 (DHS) dismissed without prejudice

Please do the same Case Terminated

Thank you

Certificate of service

August-5-08

I certify that on todays
Date I Requested this matter
to be dismissed. Change
Address 5170 white oak ct.
Concord ca. 94521

I declare under the Penalty
of Perjury that the Foregoing
is true and correct.

served
US Court House
Northern District
450 Golden Gate. Av
SF Ca. 94103

George Martin
5170 White Oak Ct.
Concord Ca 94521

Legal

SAN FRANCISCO CA 941
05 AUG 2008 PM 4 T

Northern District US Court House
450 Golden Gate Ave
San Francisco Ca 94103



