UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTHA, | No. C 08-1982 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| IMMIGRATION SERVICE, | |
| Respondent. | |

Petitioner's request for a dismissal of this action without prejudice is GRANTED. (Docket # 17.)  This action is DISMISSED without prejudice.

In light of the dismissal, the pending motions for appointment of counsel and for a change of venue are DENIED as moot.  (Docket # 2, # 5.)

The clerk shall close the file.

IT IS SO ORDERED.

DATED: August 25, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE NIMER MARTHA,

    Plaintiff,

v.

IMMIGRATION SERVICE et al,

    Defendant.

Case Number: CV08-01982 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Nimer Martha T-69137
5170 White Oak Ct.
Concord, CA 94521

Dated: August 25, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk