UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTHA, | No. C 08-1982 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| IMMIGRATION SERVICE, | |
| Respondent. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: August 25, 2008

SUSAN ILLSTON
United States District Judge